ANDREW JAMES KOSTER,

    Plaintiff,

v

KALAMAZOO COUNTY, KALAMAZOO COUNTY SHERIFF DEPUTY DAVID SCHOLTEN (4962), KALAMAZOO COUNTY SHERIFF DEPUTY JEFF NICHOLS (1200), KALAMAZOO COUNTY SHERIFF DEPUTY TANNER BOYSEN (6100), KALAMAZOO COUNTY SHERIFF DEPUTY COLLIN JUSZCZYK (6371), KALAMAZOO COUNTY SHERIFF DEPUTY AMBER HOLMES (0996), **OFFICER LINDSEY DENHARDER (12565),** and OFFICER CHRISTIAN SMITH (14542),

    Defendants.

Case No. 1:23-cv-00718
Hon. Paul L. Maloney

---

| ANTHONY PAULOVICH & WORRALL PLLC | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C. |
|---|---|
| Patricia L. Worrall (P62984) | Andrew J. Brege (P71474) |
| Levi T. Smith (P80484) | Alexandra L. Page (P84663) |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Lindsey Denharder* |
| 835 Mason Street, Suite C220 | 822 Centennial Way, Ste. 270 |
| Dearborn, MI 48124 | Lansing, MI 48917 |
| (313) 406-9722; (888) 343-1676 (fax) | (517) 886-3800 |
| trish@trishlaw.com | abrege@rsjalaw.com |
| levi@anthonylitigation.com | apage@rsjalaw.com |
| | |
| | CUMMINGS, MCCLOREY, DAVIS & ACHO |
| | Allan C. Vander Laan (P33893) |
| | Kristen L. Rewa (P73043) |
| | *Attorneys for Kalamazoo County Defendants* |
| | 2851 Charlevoix Drive SE, Ste. 327 |
| | Grand Rapids, Michigan 49546 |
| | (616) 975-7470 |
| | avanderlaan@cmda-law.com |
| | krewa@cmda-law.com |

---

# DEFENDANT LINDSEY DENHARDER'S MOTION TO DISMISS

NOW COMES Defendant Officer Lindsey Denharder, through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), for the reasons stated in the accompanying brief support, moves this Court to dismiss Plaintiff's complaint. Concurrence was sought by way of phone discussion with Plaintiff's counsel, and the same was denied.

Dated: July 10, 2023

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

/s/ Andrew J. Brege
Andrew J. Brege (P71474)
*Attorney for Defendant Lindsey Denharder*
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com

## PROOF OF SERVICE

I hereby certify that on July 10, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record identified in the caption.

Dated: July 10, 2023

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

/s/ Andrew J. Brege
Andrew J. Brege (P71474)
*Attorney for Defendant Lindsey Denharder*
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com