# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

ANDREW JAMES KOSTER,

    Plaintiff,

v

KALAMAZOO COUNTY, KALAMAZOO COUNTY SHERIFF DEPUTY DAVID SCHOLTEN (4962), KALAMAZOO COUNTY SHERIFF DEPUTY JEFF NICHOLS (1200), KALAMAZOO COUNTY SHERIFF DEPUTY TANNER BOYSEN (6100), KALAMAZOO COUNTY SHERIFF DEPUTY COLLIN JUSZCZYK (6371), KALAMAZOO COUNTY SHERIFF DEPUTY AMBER HOLMES (0996), **OFFICER LINDSEY DENHARDER (12565),** and OFFICER CHRISTIAN SMITH (14542),

    Defendants.

Case No. 1:23-cv-00718
Hon. Paul L. Maloney

Kalamazoo Co. Circuit Court No. 23-0203-CZ
Kalamazoo Co. Judge: Hon. Curtis J. Bell

---

| | |
|---|---|
| ANTHONY PAULOVICH & WORRALL PLLC<br>Patricia L. Worrall (P62984)<br>Levi T. Smith (P80484)<br>*Attorneys for Plaintiff*<br>835 Mason Street, Suite C220<br>Dearborn, MI 48124<br>(313) 406-9722; (888) 343-1676 (fax)<br>trish@trishlaw.com<br>levi@anthonylitigation.com | ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.<br>Andrew J. Brege (P71474)<br>Alexandra L. Page (P84663)<br>*Attorneys for Defendant Lindsey Denharder*<br>822 Centennial Way, Ste. 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>apage@rsjalaw.com |
| | CUMMINGS, MCCLOREY, DAVIS & ACHO<br>Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>*Attorneys for Kalamazoo County Defendants*<br>2851 Charlevoix Drive SE, Ste. 327<br>Grand Rapids, Michigan 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

---

## PROOF OF SERVICE

I hereby certify that on July 19, 2023, I electronically filed my Attorney Appearance using the ECF system, which will send notification of such filing to the attorneys of record identified in the caption. In addition, a copy of my Attorney Appearance was served via email upon the following:

| | |
|---|---|
| Patricia L. Worrall<br>Email: trish@trishlaw.com | Levi T. Smith<br>Email: levi@anthonylitigation.com |

Respectfully submitted,

ROSATI, SCHULTZ, JOPPICH, & AMTSBUECHLER, P.C.

*/s/ Alexandra L. Page*
Andrew J. Brege (P71474)
Alexandra L. Page (P84663)
*Attorneys for Defendant Lindsey Denharder*
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
apage@rsjalaw.com

Dated: July 19, 2023