UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ANDREW JAMES KOSTER,

     Plaintiff,

                                          Case No. 1:23-cv-718

v.

                                          HONORABLE PAUL L. MALONEY

COUNTY OF KALAMAZOO, et al.,

     Defendants.

_____/


## ORDER OF DISMISSAL

     This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal as to Defendant Christian Smith (ECF No. 23) and having heard no response:

     NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** as to Defendant Christian Smith without prejudice.

     **IT IS SO ORDERED**.


Dated:  October 5, 2023                  _/s/  Paul L. Maloney_____
                                      Paul L. Maloney
                                      United States District Judge