UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW JAMES KOSTER,                      )
      Plaintiff,                           )
                                   )     No. 1:23-cv-718
v.                                                      )
                                   )     Honorable Paul L. Maloney
KALAMAZOO COUNTY, *et al.*,              )
      Defendants.                         )
                                   )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 28), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 9, 2024                          /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge